■ JULIA GUTIERREZ, Respondent, v RIVERBAY CORPORATION, Appellant. [691 NYS2d 452] —Order, Supreme Court, Bronx County (Michael DeMarco, J.), entered October 1, 1998, which denied defendant's motion for summary judgment, unanimously affirmed, without costs.

The pictures of the two-inch depression in the walkway on defendant's property on which plaintiff slipped do not demonstrate that it was a "trivial" defect as a matter of law (*cf., Evans v Pyramid Co.*, 184 AD2d 960; *Mahota v Cade & Saunders*, 228 AD2d 924). Whether a dangerous condition exists on another's property so as to create liability depends on the particular circumstances of each case, and is generally a question for the jury (*Trincere v County of Suffolk*, 90 NY2d 976). An issue of constructive notice is raised by plaintiff's affidavit to the effect that the condition had existed for at least several months. Concur—Williams, J. P., Wallach, Andrias and Friedman, JJ.